UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES McDONALD,

                  Plaintiff,

- against -

NEW YORK REGIONAL RAIL CORPORATION
and NEW YORK CROSS HARBOR RAILROAD
TERMINAL CORP.,

                  Defendants.
-----------------------------------------------------------X

**MEMORANDUM AND ORDER**

05-cv-3521 (SLT) (RER)

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 27 2014 ★

BROOKLYN OFFICE

**TOWNES, United States District Judge,**

On October 10, 2014, counsel for the Port Authority of New York and New Jersey (the "Port Authority") and New York New Jersey Rail ("NYNJR") filed a motion to vacate the amended judgment in this action. An affidavit of service attached to the motion provides that Plaintiff's counsel was served with the motion on September 10, 2014. According to the Port Authority and NYNJR, Plaintiff's counsel did not serve an opposition, nor has Plaintiff's counsel filed an opposition with the Court. **Plaintiff's counsel is directed to file a response to the Port Authority's and NYNJR's motion to vacate the amended judgment on or before November 21, 2014.**

**SO ORDERED**

                                              /s/ Sandra L. Townes
                                              SANDRA L. TOWNES
                                              United States District Judge

Dated: Brooklyn, New York
       October 24, 2014